# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

|  |  |  |
|---|---|---|
| Steven Ary | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:18-CV-258 |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Judgment in favor of Plaintiff and against Defendant; Remanding case to the Commissioner not for an
immediate award of benefits but for further consideration consistent with the Magistrate Judge's Report and
Recommendations
.

This action was *(check one)*:

❐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Walter H. Rice _____ on a motion for
Report and Recommendations

Date:  _____9/30/19_____

CLERK OF COURT

*Signature of Clerk or Deputy*